**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
Ramon Gonzalez

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAMON GONZALEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**AFFIRM HOLDINGS INC.; AND, EXPERIAN INFORMATION SOLUTIONS LLC,**<br><br>Defendants. | **Case No.:** 2:24-cv-01441-CAS-JC<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. CHRISTINA A. SNYDER** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff RAMON GONZALEZ ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Experian Information Solutions, Inc. be vacated.

Date: November 4, 2024

**LOKER LAW, APC**

BY: ___/S/ MATTHEW M. LOKER__
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been submitted on November 4, 2024 to all defense counsel of record via e-mail and U.S. Mail.

           /s/ MATTHEW M. LOKER
           MATTHEW M. LOKER, ESQ.

**CASE NO.: 2:24-cv-01441-CAS-JC**     *Gonzalez v. Affirm Holdings Inc., et al.*
**PROOF OF SERVICE**